UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUDREY CREASEY,

    Plaintiff,

v.

                                            Case No. 1:20-cv-785

SIZELAND, INC., et al.,                         HON. JANET T. NEFF

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Bench Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.


Dated: January 23, 2023                                 /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge